Fairfield Savings and Loan Association, Plaintiff-Appellee, v. Central National Bank in Chicago, as trustee, Defendant, Jerome Cinman, Cross-Defendant-Appellant.

Gen. No. 46,954.

First District, Third Division.

February 27, 1957.

Rehearing denied March 21, 1957.

Released for publication March 21, 1957.

Melvin B. Lewis, for Jerome Cinman, cross-defendant-appellant, Arnold F. Block, of counsel; Donovan, Sullivan and Jeffers, for Fairfield Savings and Loan Association, plaintiff-appellee. Opinion by PRESIDING JUDGE FEINBERG. Not to be published in full.